# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| **In re:** | |
| **PAMELA A. BURFORD,** | **Case: 09-34274-KRH** |
| Debtor. | **Chapter 13** |
| **PAMELA A. BURFORD,** | |
| Plaintiff, | |
| v. | **APN: 09-03170-KRH** |
| **AEGIS FUNDING CORPORATION,** | |
| Defendant. | |

## ORDER GRANTING MOTION TO REOPEN

NOW COMES Wachovia/Wells Fargo, assignee to Aegis Funding Corporation ("Wells Fargo"), by counsel, which filed a motion ("Motion") with the United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division ("Bankruptcy Court"), seeking an order reopening the above-referenced adversary proceeding so that the Bankruptcy Court may consider the merits of a previously filed Motion to Vacate Order filed in this Adversary Proceeding. Based upon the pleadings and upon a consideration of the arguments made by counsel for Wells Fargo and the Debtor Pamela A. Burford ("Debtor"), it is ADJUDGED, ORDERED and DECREED that:

1. The Motion is GRANTED.

2. This Adversary Proceeding is REOPENED.

ENTERED this _____ day of June, 2010.

_____
The Honorable Kevin R. Huennekens

Jeffrey L. Marks, Esquire (VSB No. 40202)
Kaufman & Canoles, P.C.
2101 Parks Avenue, Suite 700
Virginia Beach, VA 23451
(757) 491-4000 – Telephone
(757) 491-4020 – Facsimile
*Counsel for Wachovia/Wells Fargo, assignee to Aegis Funding Corporation*

**I ASK FOR THIS:**

 */s/ Jeffrey L. Marks, Esq.*
Jeffrey L. Marks, Esq. (VSB No. 40202)
Kaufman & Canoles
2101 Parks Avenue, Suite 700
Virginia Beach, VA  23451
jlmarks@kaufcan.com
(757) 491-4000 – Telephone
(757) 491-4020 – Facsimile
*Counsel for Wachovia/Wells Fargo, assignee to Aegis Funding Corporation*


**SEEN:**

/s/ *Susan Hope Call*
Susan Hope Call, Esquire
919 East Main Street, Ste. 1601
P.O. Box 1819
Richmond, VA 23218
susancall@richchap13.com
*Counsel for Chapter 13 Trustee*


**SEEN AND OBJECTED TO:**

/s/      *Pia J. North*
Pia J. North, Esquire
North & Associates, P.C.
8014 Midlothian Tpke, Suite 202
Richmond, VA 23235
northlaw@earthlink.net
*Counsel for the Debtor*

## CERTIFICATE

Pursuant to L.R. 9022-1(c) and (2) of the Local Rules of the United States Bankruptcy Court for the Eastern District of Virginia, I certify that this Order has been endorsed by all necessary parties and/or served by first-class postage prepaid mail this 21st day of June, 2010.

By:        */s/ Jeffrey L. Marks*